IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 20-30020-SMY |
| Plaintiff, | ) | |
| | ) | Title 8, United States Code |
| vs. | ) | Section 1326(a) |
| | ) | |
| ABEL MELO-LAZARO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

FILED
FEB 04 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

RECEIVED
FEB 04 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

**Illegal Reentry After Deportation**

On or about January 26, 2020, in St. Clair County, within the Southern District of Illinois,

**ABEL MELO-LAZARO,**

defendant herein, an alien who had previously been arrested and removed from the United States to Mexico, pursuant to law at Calexico, California, on or about October 25, 2012, and who after such date had not received consent of the Attorney General of the United States or of the Director of Homeland Security to reapply for admission to the United States, was found in the United States in the Southern District of Illinois, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

FOREPERSON

Recommended Bond: Detention

_____
STEVEN D. WEINHOEFT
United States Attorney

_____
DANIEL T. KAPSAK
Assistant United States Attorney